Phoenix Finance Corporation, Ltd., appellant, v. Charles R. Kleber, trading as Kleber Coal Company, appellee. Gen. No. 8,457.

Opinion filed June 7, 1932. Rehearing denied July 23, 1932.

Robert W. Waugh, for appellant. William L. Pierce, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Barney Doll, appellee, v. Charles Haas and Andrew Haas, appellants. Gen. No. 8,486.

Opinion filed June 7, 1932.

Reuben R. Tiffany and Hunter & Hunter, for appellants. Elwyn R. Shaw, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

The First Iowa State Trust & Savings Bank of Burlington, Iowa, appellee, v. The Bank of Oquawka, appellant. Gen. No. 8,498.

Opinion filed June 7, 1932. Rehearing denied July 23, 1932.

Nelson, Neagle & Gustafson and M. E. Nolan, for appellant. Murphy & Kritzer, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

## Third District.

L. F. Nail, appellee, v. General Motors Acceptance Corporation, appellant. Gen. No. 8,581.

Opinion filed April 27, 1932. Rehearing denied October 4, 1932.

C. F. Wescoat and Chapman & Du Hadway, for appellant; C. F. Wescoat and F. A. Du Hadway, of counsel. C. C. Ellison and Sumner & Reardon, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.